**Fill in this information to identify the case:**

Debtor name    **Dental Plus Management, LLC**

United States Bankruptcy Court for the:    **Southern District of Texas**

Case number (If known):  **16-33482-H4-11**

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................
    
    $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................
    
    $ **157,366.83**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ...........................................................................
    
    $ **157,366.83**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D*............................
    
    $ **145,471.75**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.....................................................
    
    $ **227,715.83**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..........................
    
    + $ **891,272.10**

4. **Total liabilities**.................................................................................................................
    Lines 2 + 3a + 3b
    
    $ **1,264,459.68**

**Fill in this information to identify the case:**

Debtor name  Dental Plus Management, LLC

United States Bankruptcy Court for the:  Southern District of Texas

Case number (If known):  16-33482-H4-11

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Amegy Bank | Checking Account | 7  8  9  0 | $ 1,372.80 |
| 3.2. | Amegy Bank | Checking Account | 0  6  8  3 | $ -294.62 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | Checking Account - Chase Bank, acct. no. ...0614 | | $ -317.05 |
| 4.2. | | | $ |

5. **Total of Part 1** — $ 761.13

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $ |
| 7.2. | $ |

Debtor    Dental Plus Management, LLC
          Name

Case number (if known) 16-33482-H4-11

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    |  |  | Current value of debtor's interest |
    |---|---|---|
    | 11. **Accounts receivable** | | |
    | 11a. 90 days old or less: | $91,785.35 – $55,071.21 = ........→ | $ 36,714.14 |
    |  | face amount / doubtful or uncollectible accounts | |
    | 11b. Over 90 days old: | $157,228.89 – $94,337.33 = ........→ | $ 62,891.56 |
    |  | face amount / doubtful or uncollectible accounts | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 99,605.70

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|
    | 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
    | Name of fund or stock: | | |
    | 14.1._____ | _____ | $_____ |
    | 14.2._____ | _____ | $_____ |
    | 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
    | Name of entity:                              % of ownership: | | |
    | 15.1._____   _____% | _____ | $_____ |
    | 15.2._____   _____% | _____ | $_____ |
    | 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
    | Describe: | | |
    | 16.1._____ | _____ | $_____ |
    | 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor   Dental Plus Management, LLC
         Name
                                                              Case number (if known)   16-33482-H4-11

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** <br> Dental Supplies and Medications | MM / DD / YYYY | $ | | $ 4,500.00 |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $ 4,500.00

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

---

Debtor    Dental Plus Management, LLC
            Name

Case number (if known)    16-33482-H4-11

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 39. **Office furniture** <br> Office Furniture (List Attached) <br> See Attachment 1: Additional Office Furniture | $_____ | _____ | $5,000.00 |
| 40. **Office fixtures** <br> Office Fixtures (List Attached) <br> See Attachment 2: Additional Office Fixtures | $_____ | _____ | $1,500.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office Equipment (List Attached) <br> See Attachment 3: Additional Office Equipment | $_____ | _____ | $4,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $11,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

Debtor  Dental Plus Management, LLC
    Name

Case number *(if known)* 16-33482-H4-11

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☒ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

   47.1 _____  $_____  _____  $_____

   47.2 _____  $_____  _____  $_____

   47.3 _____  $_____  _____  $_____

   47.4 _____  $_____  _____  $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____  $_____  _____  $_____

   48.2 _____  $_____  _____  $_____

49. **Aircraft and accessories**

   49.1 _____  $_____  _____  $_____

   49.2 _____  $_____  _____  $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   _____  $_____  _____  $_____

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

                                                           $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

Debtor    Dental Plus Management, LLC
          Name                                                  Case number *(if known)* 16-33482-H4-11

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
    ☒ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☒ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $_____

---

Debtor   Dental Plus Management, LLC
         Name

Case number *(if known)* 16-33482-H4-11

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ — _____ = ➜   $_____
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Description | Tax year | Value |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested_   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

ROOM 2 (AT EXIT SIGN)-Osstem OSM2 Implant Device   $3,500.00

Front Exam Rm/Back Wall-Dental Recliner Chair   $6,500.00

See Attachment 4: Additional Property Not Already Listed

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 41,500.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   Dental Plus Management, LLC
Name

Case number (if known) 16-33482-H4-11

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 761.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 99,605.70 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 4,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $ 11,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 41,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 157,366.83 | + 91b. $ 0.00 |

92.   **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... $ 157,366.83

Attachment 1/5
Debtor: Dental Plus Management, LLC      Case No: 16-33482-H4-11


Attachment 1: Additional Office Furniture

Description: CONFERENCE ROOM/CONNECTING OFFICE:  6ft Table; 6ft Folding
Table; Cushioned Roller Chairs (2); Stationary Chair; Stackable File Cabinets (4); Five
Shelf Book Shelves; Portable Black File Box; Wall in box; 4ft Ladder; and Blue
Crates/Storage (2).
Book Value:
Value:

Description: FILE ROOM/STORAGE:  Small Desk; Cushioned Roller Chair; and
Cushioned Roller Stool.
Book Value:
Value:

Description: DR. MOON'S OFFICE:  Desk; Stationary Chairs (2); and High Back Roller
Cushioned Chair.
Book Value:
Value:

Description: TONI CORMIER'S OFFICE:  Small Desk/Credenza; 3 Drawer File Cabinet;
Leg Desk; Cushioned Roller Chair; and 5 Shelf Book Shelf.
Book Value:
Value:

Description: RECEPTION AREA:  Four Drawer File Cabinet; 3 Shelf Roller Files; Small 3
Drawer Roller File Cabinet(s); 5 Shelf Wooden Book Shelf; Cushioned Roller Chairs (3);
Stationary Cushion Chair; and 2 Drawer File - Small.
Book Value:
Value:

Description: MACHINE ROOM:  Light Work Desk 3 Drawer/Metal; and Cushioned High
Back Roller Chair.
Book Value:
Value:

Attachment 2: Additional Office Fixtures

Description: FRONT EXAM ROOM/BACK WALL CUBE:  Flip Top Waste Can; Acrylic
Inbox File; and Acrylic Wall Folder Holder.
Book Value:
Value:

Description: FRONT EXAM ROOM/FRONT DOOR CUBE:  Equipment Storage Box;
Wast Basket (Plastic, 1); Small Wall Mirror; Acrylic Wall File Holder; and Haier Box Fan.

Attachment 2/5
Debtor: Dental Plus Management, LLC        Case No: 16-33482-H4-11

Book Value:
Value:

Description: FILE ROOM STORAGE:  Oscillating Fans (3); Box Fan (1); Round Floor
Fans (2); Flip Top Waste Can; Mini Fans (2); Faberware Small Coffee Maker; Holmes Air
Heater/Fan; and Box of Styrofoam Coffee Cups.
Book Value:
Value:

Description: DR. MOON'S OFFICE:  Dry Eraser Boards (2) and Cork Bulletin Board (1).
Book Value:
Value:

Description: TONI CORMIER'S OFFICE:  Small Fan; Quiet Set Fan Upright/Honeywell;
and Sentry Safe.
Book Value:
Value:

Description: RECEPTION AREA:  Flip Top Waste Can.
Book Value:
Value:

Description: MACHINE ROOM:  Tall Plastic Waste Basket; Wall Paper Towel Dispenser;
Wall Inboxes (2); Crock Pot/Coffee Pot; Broom and Dust Pan; and Surge Protected Power
Cord
Book Value:
Value:

Attachment 3: Additional Office Equipment

Description: OFFICE:  iPad; iPhone
Book Value:
Value:

Description: CONFERENCE ROOM/CONNECTING OFFICE:  RCA Phones (2); Dell
Keyboards (2); Logitech Keyboards (4); Inland Mouse; Logitech Mouse; Dell Mouse;
Fellows Mouse; HP Keyboard; Dell Monitors (2); Intel Pendulum Drives (4); Direct TV
Boxes (4); Direct TV Remotes (5); Lucent Phone (Old); Electrotorque Plus/Safe Drive;
Extension Power Cord; and Unattended Time Clock.
Book Value:
Value:

Description: FRONT EXAM ROOM/BACK WALL CUBE:  Logitech Keyboard/Mouse
and Dell Monitor

Attachment 3/5
Debtor: Dental Plus Management, LLC      Case No: 16-33482-H4-11

Book Value:
Value:

Description: FRONT EXAM ROOM/FRONT DOOR CUBE:  Centurion Computer Drive.
Book Value:
Value:

Description: FILE ROOM/STORAGE:  HP All-in-One Office Jet Fax and 1-INC Monitors (2).
Book Value:
Value:

Description: DR. MOON'S OFFICE:  Dell Monitors (2); NZXT Drive; Sanford WF-3540 Printer; and HP 1010 Color Printer.
Book Value:
Value:

Description: TONI CORMIER'S OFFICE:  Samsung Printer; Computer Drive - LG; ASUS Monitor; Fellows Monitor Stand; Swann Digital Voice Recorder; and JVC Monitor
Book Value:
Value:

Description: RECEPTION AREA:  Dell Monitors (3); Logitech Keyboard/Mouse (3); Dell Drive (3); and RCA Phone System (3).
Book Value:
Value:

Attachment 4: Additional Property Not Already Listed

Description: File Room/Storage - Box OP Light Fixtures/Water Bottles
Value: $6,500.00

Description: OTHER MACHINERY, FURNITURE, FIXTURE & EQUIPMENT LISTED BELOW:
Value: $25,000.00

Description: END HALL ROOM:  Dental Reclining Chair, S/N A180711; High Back Roller Stool; Low Back Roller Stool; Swing Arm Roller Stool; Wall Attached Light; & Wall Attached X-Ray/Scanner, S/N 1XRA 16294.
Value:

Description: END HALL ROOM:  Equipment Storage Units; Wheel Chair; Lucent Technologies Merlin Magix Machine; Computer Drive (1)/Keyboard; Casio EZ Label Printer; Basket; X-Ray Aprons (4, Old); and Sink (1).

Attachment 4/5
Debtor: Dental Plus Management, LLC        Case No: 16-33482-H4-11

Value:

Description: ROOM 3 (WITH EXIT SIGN):  Dental Recliner; Arm Attachments with
Tools; Low Back Roller Chair; Arm Roller Chair; Equipment Storage Cabinet (Roller);
Shelf Stand (2); Wall Mounter Light; Wall Mounted X-Ray Scanner; Brown Roller
Equipment Storage Box; Small Desk; Dell Monitor; Logitech Keyboard/Mouse; Four
Basket Roller Storage Shelf; X-Ray Apron; Deka Med Electronics Laser; Box Fan; Dual
Gas Cylinder on Stand; and Single Gas Cylinder on Stand.
Value:

Description: ROOM 3 (WITH EXIT SIGN):  Tall Plastic Waste Basket; Dual Wall Glove
Dispenser; Small Mirror; Acrylic Wall Folder Holder; Surge Protector Power Cords (2);
and Coltene Electronic Plug In Device.
Value:

Description: ROOM 2 (RIGHT AT EXIT SIGN):  Equipment Storage Cabinet; Roller
Basket with 3 Tier Tray; 2 Drawer L Shaped Desk; Dell Drive; Logitech
Keyboard/Wireless Mouse; JVC Monitor with Remote; High Back Roller Chairs (2);
Dental Recliner; Dental Recliner Arm Attachments with Dental Tools; Wall Attached
Light; Wall Attached X-Ray; X-Ray Apron; Floor Fan (Wind Machine); Floor Scale; Small
Mirror; Wall Inbox; Wall Acrylic Folder Holder; Dual Glove Dispenser; and Coltene
Device (Plugged in on Desk).
Value:

Description: SUPPLY ROOM:  Low Square Back Roller Chair Adjustable; Small Portable
Tables; Step Stool; Backup Battery; Six Compartment Lockers (2); D61 Plastic Storage
Container; Triple Plastic Storage Container; Mini Storage Container - 3 Tier; Plastic
Storage Box (2); 6ft Table/Desk; Computer Server; HP Drive; Dell Keyboard; Dell
Monitor/Mouse; Low Oval Back Roller Chair/Adjustable; Clipboards (2); Computer Drives
(Discover 2); Dell Keyboard; Box of Wires; Small Refrigerator/Dental Supplies; GE
Microwave; Frigidare Refrigerator; Black & Decker Toaster Oven; First Aid Kit; Box Fan;
and Round Fans (2).
Value:

Description: FRONT EXAM ROOM (BACK WALL CUBE):  Arm Attachments with
Tools; High Arm Roller Chair; Standard Roller Chair; Arm Attachment Light; Equipment
Storage Box; 3 Shelf Portable Stand; Wall Glove Dispenser; Plastic Teeth Display (4); and
Toothbrush Cases (2)/Poladent Toothbrush System.
Value:

Description: FRONT EXAM ROOM (FRONT DOOR CUBE):  Dental Recliner; High
Arm Roller Chair; Standard Roller Chair; Arm Attachments with Tools; Four Shelf Stand;
Wall Glove Dispenser; Clipboards (3); Pro Select Approved Comfort Tech (Hydro); Micro

Attachment 5/5
Debtor: Dental Plus Management, LLC      Case No: 16-33482-H4-11


Life B/P Cuff; Acrylic Wall Folder Holder; and Wall X-Ray Scanner
Value:

Description: FILE ROOM/STORAGE:  High Arm Roller Stool; Broken Stool; Oxygen
Cylinder in Black Case; IMS Cassette Signature Series; Popcorn Machine; Heavy Duty
Banker Boxes; Biolase Machine; Quill.com Shredder; HP Sure Store DAT 40 Drive; Epson
Workforce WF 3640 Printer; Dental Equipment Storage Table; and Box of Loose Wires.
Value:

Description: MACHINE ROOM:  Air Star 70 Dental Air System; Vac Star Dental Vaccum
System; Red Wing 84WL-CS; Proform Vaccum/Heat; Digital Ultra Sonic Cleaner; Wall
Glove Dispenser; Metal Cassette System; Vaccum Cleaner - Green/Eureka; 2 Drawer 2
Shelf Stand; and Propane Tank
Value:

**Fill in this information to identify the case:**

Debtor name __Dental Plus Management, LLC__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): __16-33482-H4-11__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name

__Americorp Financial, LLC__

Creditor's mailing address

__877 S. Adams Road__
__Birmingham, MI 48009__

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number __3  0  0  1__

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
__1 Guru 6 1 Enlighten Intraoral Camera__

Describe the lien
__Security Agreement - Lawsuit__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __Unknown__          $ __Unknown__

**2.2** Creditor's name

__Harris County, et al (John Dillman)__

Creditor's mailing address
__P.O. Box 3064__
__Houston, TX 77253__

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number __6  8  8  4__

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien
__Business Personal Property Taxes__

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __30,434.64__          $ __233,279.00__

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ __145,471.75__

Debtor _____Dental Plus Management, LLC_____  Case number *(if known)* 16-33482-H4-11
          Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** | Creditor's name

Hartman Income REIT, Inc.

**Creditor's mailing address**

2909 Hillcroft Ave., Suite 420
Houston, TX 77057

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   2  6  0

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
       _____
       _____
       _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Business space lease: $49,317.00/CAM charges: $1,796.90

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51,113.90 | $ Unknown

---

**2.4** | Creditor's name

Stearns Bank, N.A.

**Creditor's mailing address**

500 13th Street
Albany, MN 56307

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
       _____
       _____
       _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

K:6-MT8900;1-ET+L703;2-GP5LPR;1-QC+MN;1-HP ESvr4656

**Describe the lien**
Security Agreement - Lawsuit

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown | $ Unknown

---

Debtor    Dental Plus Management, LLC
          Name

Case number *(if known)* 16-33482-H4-11

---

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name

Time Payment Corp

**Creditor's mailing address**

16 N.E. Executive Park, #200
Burlington, MA 01803

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    2  1  4  9

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Lease of SAVIN copier machine - REJECTING LEASE

**Describe the lien**
Security Agreement - Lawsuit

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 19,619.30     $ Unknown

---

**2.6** Creditor's name

Yellowstone Capital, LLC (Vadem Serebro)

**Creditor's mailing address**

P.O. Box 1511 Wall Street Station
New York, NY 10268

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    8  8  3  7

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets, including account receivable, inventory, equipment, etc.

**Describe the lien**
Security Agreement - Lawsuit

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 44,303.91     $ Unknown

---

Debtor  **Dental Plus Management, LLC**
Name

Case number (*if known*) 16-33482-H4-11

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Americorp Financial, LLC/CSC<br>2727 Allen Parkway, Suite 100<br>Houston, TX 77019 | Line 2. 1 | 3 0 0 1 |
| Harris County, et al<br>P.O. Box 4576<br>Houston, TX 77210 | Line 2. 2 | 6 8 8 4 |
| Harris County, et al<br>4828 Loop Central Dr., Suite 600<br>Houston, TX 77081 | Line 2. 2 | 6 8 8 4 |
| Harris County, et al<br>1001 Preston, Suite 100<br>Houston, TX 77002 | Line 2. 2 | 6 8 8 4 |
| Hartman Income REIT, Inc.<br>P.O. Box 571017<br>Houston, TX 77257 | Line 2. 3 | 2 6 0 __ |
| Stearns Bank, N.A./CSC<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line 2. 4 | __ __ __ __ |
| Yellowstone Capital, LLC<br>17 State Street, Suite 4000<br>New York, NY 10004 | Line 2. 6 | 8 8 3 7 |
| Yellowstone Capital, LLC<br>160 Pearl Street, 5th Floor<br>New York, NY 77027 | Line 2. 6 | 8 8 3 7 |
| Yellowstone Capital, LLC (Vadem Serebro)<br>1 Evertrust Plaza, 14th Floor<br>Jersey City, NJ 07302 | Line 2. 6 | 8 8 3 7 |
| Yellowstone Capital, LLC/CSC<br>P.O. Box 2476<br>Springfield, Illinois 62708 | Line 2. 6 | 8 8 3 7 |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor ___Dental Plus Management, LLC___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number ___16-33482-H4-11___
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Ariana Briones

___506 Hollyvale Road___

___Houston, TX 768___

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ 768.00          $ 768.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages/Salaries/Commissions

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address
Ashley Jacob

___2630 Tanglewilde St., Apt. 386___

___Houston, TX 77063___

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ 650.99          $ 650.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages/Salaries/Commissions

Is the claim subject to offset?
☒ No
☐ Yes

**2.3** Priority creditor's name and mailing address
Chasity Gillum

___3360 Alice Street, #115___

___Houston, TX 77021___

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ 645.00          $ 645.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages/Salaries/Commissions

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Dental Plus Management, LLC | Case number (if known) 16-33482-H4-11 |
|---|---|---|
| | Name | |

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.4** Priority creditor's name and mailing address

$ 2,700.00    $ 2,700.00

Cynthia K. Rowland fka Cynthia Salczenko
10730 Plainfield Street
Houston, TX 77031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages/Salaries/Commissions

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address

$ 150,000.00    $ 150,000.00

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes and Other Government Debts (Payroll Taxes)

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.6** Priority creditor's name and mailing address

$ 853.25    $ 853.25

Jamie Prado/TWC/Ofc of Atty Gen
P.O. Box 12548
Austin, TX 78711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages/Salaries/Commissions

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address

$ 1,713.00    $ 1,713.00

Lunye Collins
9403 Jowett Place
Sugar Land, TX 77498

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages/Salaries/Commissions

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor    Dental Plus Management, LLC
          Name                                                    Case number (if known) 16-33482-H4-11

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.8** Priority creditor's name and mailing address

$ 6,004.89    $ 6,004.89

Onica Moon

6227 McKinstry

Houston, TX 77085

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Wages/Salaries/Commissions

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.9** Priority creditor's name and mailing address

$ 983.84    $ 983.84

Rita Broussard

18303 Sabletree Drive

Houston, TX 77084

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Wages/Salaries/Commissions

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.10** Priority creditor's name and mailing address

$ 1,923.42    $ 1,923.42

Sherry Tillis

13318 Raven Roose Drive

Cypress, TX 77429

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Wages/Salaries/Commissions

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.11** Priority creditor's name and mailing address

$ 435.00    $ 435.00

Suhayeb Fayad

3500 Woodchase Drive, #1301

Houston, TX 77043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Wages/Salaries/Commissions

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor | Dental Plus Management, LLC | Case number (if known) | 16-33482-H4-11 |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.12** Priority creditor's name and mailing address

$1,946.94     $1,946.94

Taylor Jacobs

6515 Paso Del Sol

Houston, TX 77083

**As of the petition filing date, the claim is:**
*Check that all apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages/Salaries/Commissions

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.13** Priority creditor's name and mailing address

$6,084.28     $6,084.28

Texas Comptroller (Ofc. of the Attorney General)

P.O. Box 12548

Austin, TX 78711

**As of the petition filing date, the claim is:**
*Check that all apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Taxes and Other Government Debts

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.14** Priority creditor's name and mailing address

$52,767.22     $52,767.22

Texas Workforce Commission (Ofc. of the AG)

P.O. Box 12548

Austin, TX 78711

**As of the petition filing date, the claim is:**
*Check that all apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** Case No. 50-059302-4

**Basis for the claim:** Taxes and Other Government Debts - Notice of Deliquency/Freeze

**Last 4 digits of account number** _6_ _7_ _6_ _9_

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.15** Priority creditor's name and mailing address

$240.00     $240.00

Victor Fuentes

240 El Dorado Blvd., #608

Webster, TX 77598

**As of the petition filing date, the claim is:**
*Check that all apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages/Salaries/Commissions

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

| Debtor | Dental Plus Management, LLC | Case number (if known) 16-33482-H4-11 |
|---|---|---|
| | Name | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

### 3.1

**Nonpriority creditor's name and mailing address**

Ace Check Cashing

1231 Greenway Drive, Suite 600

Irving, TX 75038

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,251.69

### 3.2

**Nonpriority creditor's name and mailing address**

Advantage Office Products

5722 Bingle Road, Suite B

Houston, TX 77092

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,194.56

### 3.3

**Nonpriority creditor's name and mailing address**

Altus GTS, Inc./Natl. Dentex Corp.

P.O. Box 1389

Kenner, LA 70063

Date or dates debt was incurred _____

Last 4 digits of account number  9  4  3  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,708.40

### 3.4

**Nonpriority creditor's name and mailing address**

American Business Machines, Inc.

7303 W. Sam Houston Pkwy. N.

Houston, TX 77040

Date or dates debt was incurred _____

Last 4 digits of account number  J  6  4  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,056.91

### 3.5

**Nonpriority creditor's name and mailing address**

AMSIA Medical, Inc. dba AMI Dental (Susan Taylor)

3 Riverway, Suite 1800

Houston, TX 77056

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit - Dismissed

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

### 3.6

**Nonpriority creditor's name and mailing address**

Barron & Newburger, P.C.

1212 Guadalupe, Suite 104

Austin, TX 78701

Date or dates debt was incurred _____

Last 4 digits of account number  1  1  M  A

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,872.93

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.7** Nonpriority creditor's name and mailing address

BBVA Compass Bank

P.O. Box 10566
Birmingham, AL 35296

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$3,900.69

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  1  1  4  4

---

**3.8** Nonpriority creditor's name and mailing address

Benco Dental

P.O. Box 491
Pittston, PA 18640

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$8,230.05

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  4  5  0  0

---

**3.9** Nonpriority creditor's name and mailing address

BioHorizons Implant Systems, Inc.

P.O. Box 121237, Dept. 1237
Dallas, TX 75312

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$1,233.30

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  C  0  0  1

---

**3.10** Nonpriority creditor's name and mailing address

Broadview

901 E. 8th Ave., Suite 206
King of Prussia, PA 19406

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$29,683.38

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  8  8  8  1

---

**3.11** Nonpriority creditor's name and mailing address

C. L. Washington

P.O. Box 38784
Houston, TX 77238

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Licensed electrician

$3,500.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___

---

| Debtor | Dental Plus Management, LLC | Case number (if known) | 1603348-2-H4-H1 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** Nonpriority creditor's name and mailing address

Caladent Laboratory

530 1/2 W. Glenoaks Blvd.
Glendale, CA 91202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number  n D D s

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,621.72

---

**3.13** Nonpriority creditor's name and mailing address

Capital Growth Management Consultants, LLC/Robert Prokos

8550 Easton Commons, #7005
Houston, TX 77095

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.14** Nonpriority creditor's name and mailing address

Classic Craft

8105 Cheatham Court
McKinney, TX 75071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number  M o o n

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,193.24

---

**3.15** Nonpriority creditor's name and mailing address

Code Intelligence Associates

12607 Miriam
Houston, TX 77071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number  1 0 0 2

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,500.00

---

**3.16** Nonpriority creditor's name and mailing address

Cognetic

5704 Val Verde Street, Suite 4
Houston, TX 77057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,223.79

---

| Debtor | Dental Plus Management, LLC | Case number (if known) 16-33482-H4-11 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.17** | **Nonpriority creditor's name and mailing address**

Crest Oral-B/P&G Oral Health

24808 Network Place

Chicago, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$ 844.68

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 5 6 7 5

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

Cumulus Media, Inc. (James Hull)

6200 Savoy, Suite 440
Houston, TX 77036

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Lawsuit - Default Judgment

$ 79,156.13

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

Dani Dental Studio Incorporated (A. Holcomb)

1334 E. Chandler Blvd., Suite 5, PMB

Phoenix, AZ 85048

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Lawsuit - Foreign Default Judgment

$ 42,468.08

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

DDS Lab

P.O. Box 919436

Orlando, FL 32891

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

$ 5,179.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1 6 1 8

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

De Lage Landen Fin Svcs dba Prohealth Cap (M. Ridulfo)

919 Milam Street, Suite 2200

Houston, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Nonsuit-re E4D Dentist HP Pkg#MED93036

$ 114,205.83

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| Debtor | Dental Plus Management, LLC | Case number (if known) 16-33482-H4-11 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Deborah H. Sprott (E. Turner)

440 Louisiana, Suite 900

Houston, TX 77002

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Lawsuit

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 8,261.86

---

**3.23** Nonpriority creditor's name and mailing address

Dental Cosmetic Lab (Habibi)

3122 Shawnee Drive

Sugar Land, TX 77479

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 5,250.00

---

**3.24** Nonpriority creditor's name and mailing address

Dental Fix RX

10130 Adobe Drive

Houston, TX 77095

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 5 6 6 C

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 1,046.78

---

**3.25** Nonpriority creditor's name and mailing address

DENTSPLY Implants

590 Lincoln Street

Waltham, MA 02451

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1 3 1 3

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 11,948.22

---

**3.26** Nonpriority creditor's name and mailing address

Diego Rodrigo Torres dba Master Dental Arts

12715 Ashford Creek Drive

Houston, TX 77082

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lawsuit - Dismissed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Unknown

---

| Debtor | Dental Plus Management, LLC | Case number (if known) 16-33482-H4-H |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Discus Dental, LLC

8550 Higuera Street
Culver City, CA 90232

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 1,083.22

Date or dates debt was incurred _____

Last 4 digits of account number  5  9  9  2

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Edward Williams (Mark Aschermann)

6300 West Loop S., Suite 341
Bellaire, TX 77401

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Judgment

$ 10,000.00

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

Engelhardt Law, PLLC

4544 Post Oak Place Dr., Suite 270
Houston, TX 77027

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Lawsuit - Judgment - Release

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

First National Bank of Omaha

1700 Jay Ell Drive, Suite 200
Richardson, TX 75081

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 23,502.77

Date or dates debt was incurred _____

Last 4 digits of account number  4  5  3  9

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

G & H Wire Company

2165 Earlywood Drive
Franklin, IN 46131

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 464.05

Date or dates debt was incurred _____

Last 4 digits of account number  5  4  5  9

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | Dental Plus Management, LLC | Case number (if known) | 16-33482-H4-11 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Gearold White & Lori Johnson

6518 Rice Rd.

Pearland, TX 77581

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: Lawsuit - Active

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 3,500.00

---

**3.33** Nonpriority creditor's name and mailing address

Global Dental Solutions, LLC (J. Forman)

8215 Roswell Road, Bldg. 800

Atlanta, GA 30350

Date or dates debt was incurred _____

Last 4 digits of account number  a  l  d  j

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 9,418.67

---

**3.34** Nonpriority creditor's name and mailing address

H W Brueggen, DDS, Inc. (Frank Svetlik)

One Riverway, Suite 1700

Houston, TX 77056

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Lawsuit - Nonsuit No. 2014-69155

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ Unknown

---

**3.35** Nonpriority creditor's name and mailing address

H. W. Brueggen, DDS, Inc. (Frank Svetlik)

One Riverway, Suite 1700

Houston, TX 77056

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Lawsuit - Nonsuit No. 2014-71672

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ Unknown

---

**3.36** Nonpriority creditor's name and mailing address

HCTRA (Linebarger)

4828 Loop Central Drive, #500

Houston, TX 77081

Date or dates debt was incurred _____

Last 4 digits of account number  5  9  3  8

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 1,103.27

---

Debtor  Dental Plus Management, LLC
         Name

Case number (if known)  16-33482-H4-11

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Health First/HF Acquisition CO, LLC

Dept. CH 14330

Palatine, IL 60055

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number   9  5  2  9

Is the claim subject to offset?
☒ No
☐ Yes

$ 653.72

---

**3.38** Nonpriority creditor's name and mailing address

Henry Schein (Jon Totz)

2211 Norfolk, Suite 510

Houston, TX 77098

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lawsuit - Dismissed

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.39** Nonpriority creditor's name and mailing address

HIOssen

1957 Pioneer Road, Bldg. D

Huntington Valley, PA 19006

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number   7  0  0  3

Is the claim subject to offset?
☒ No
☐ Yes

$ 59,833.00

---

**3.40** Nonpriority creditor's name and mailing address

Idriss-Mobarak, Inc. dba Mariner Dental Lab. (M. Weinberg)

819 Hogan Street

Houston, TX 77009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lawsuit - Judgment

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 24,880.07

---

**3.41** Nonpriority creditor's name and mailing address

iHeartMedia, Inc. (Greenberg, Grant)

5858 Westheimer Road, Suite 500

Houston, TX 77057

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number   7  9  5  7

Is the claim subject to offset?
☒ No
☐ Yes

$ 80,393.95

---

| Debtor | Dental Plus Management, LLC | Case number (if known) 16-33482-H4-11 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

ISCO II - Isaac Smith

Long Beach, CA 90805

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.43** Nonpriority creditor's name and mailing address

Larisa Pratcher

1727 Thornhollow Drive
Houston, TX 77014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lawsuit

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.44** Nonpriority creditor's name and mailing address

Lending Club

1700 West Park Drive, Suite 310
Westborough, MA 01581

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number s t o n

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,461.31

---

**3.45** Nonpriority creditor's name and mailing address

Logix

P.O. Box 3608
Houston, TX 77253

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number 8 3 6 8

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,960.11

---

**3.46** Nonpriority creditor's name and mailing address

Magic 102.1

P.O. Box 847339
Dallas, TX 75284

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number s t o n

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,095.00

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Dental Plus Management, LLC | Case number (if known) 16-33482-H4-11 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

Master Dental Arts

12715 Ashford Creek Drive

Houston, TX 77082

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 39,500.00

---

**3.48** Nonpriority creditor's name and mailing address

MedPro Disposal Waste

1548 Bond Street, #106
Naperville, IL 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,850.60

---

**3.49** Nonpriority creditor's name and mailing address

Midwest Dental

P.O. Box 4802

Wichita Falls, TX 76308

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number 3 7 9 1

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,681.72

---

**3.50** Nonpriority creditor's name and mailing address

Neoma M. Harris (S. A. Randle, Jr.)

5177 Richmond Ave., Suite 635

Houston, TX 77056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lawsuit - Judgment

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 30,500.00

---

**3.51** Nonpriority creditor's name and mailing address

New Pars Dental Lab

6732 Highway 6 South

Houston, TX 77083

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number 4 5 6 __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,945.00

---

Debtor  Dental Plus Management, LLC
_____
       Name

Case number (if known) 16-33482-H4-11

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.52** Nonpriority creditor's name and mailing address

Nexadental

8831 South 117th Street
LaVista, NE 68128

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number   6  8  4  3

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,402.00

---

**3.53** Nonpriority creditor's name and mailing address

Patterson Dental Supply, Inc. (Jon Totz)

2211 Norfolk, Suite 510
Houston, TX 77098

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Lawsuit - Foreign Judgment

Date or dates debt was incurred  _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 36,450.94

---

**3.54** Nonpriority creditor's name and mailing address

Paychex Business Solutions

970 Lake Carillon Drive, Suite 400
St. Petersburg, FL 33715

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number   5  7  8  9

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,667.38

---

**3.55** Nonpriority creditor's name and mailing address

Quill Healthcare

P.O. Box 37600
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number   0  7  Q  C

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,390.33

---

**3.56** Nonpriority creditor's name and mailing address

Quill Healthcare

P.O. Box 37600
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number   5  4  7  9

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,084.51

---

| Debtor | Dental Plus Management, LLC | Case number (if known) 16-33482-H4-H |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>**Amount of claim**</td></tr>
</table>

**3.57** Nonpriority creditor's name and mailing address

Radiological Systems, Inc.

P.O. Box 871
Richmond, TX 77406

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number   2  3  8  6

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 2,065.00

---

**3.58** Nonpriority creditor's name and mailing address

Rahim Habibi

3515 Cabin Place
Sugar Land, TX 77479

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 9,363.00

---

**3.59** Nonpriority creditor's name and mailing address

Safco Dental Supply

1111 Corporate Grove Drive
Buffalo Grove, IL 60089

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 2,010.20

---

**3.60** Nonpriority creditor's name and mailing address

Safeco Insurance/Rollow Insurance Group, Inc.

3091 University Drive E., Suite 310
Bryan, TX 77802

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number   4  2  3  8

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 4,064.15

---

**3.61** Nonpriority creditor's name and mailing address

Shirley Taylor (Michael Miner)

3650 Lovell Avenue
Fort Worth, TX 76107

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Lawsuit

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 11,109.19

---

| Debtor | Dental Plus Management, LLC | Case number *(if known)* 16-33482-H4-H |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.62** Nonpriority creditor's name and mailing address

Smith & Dean, Inc.

11511 Katy Freeway, Suite 430
Houston, TX 77079

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number   0  7  4  1

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,716.10

---

**3.63** Nonpriority creditor's name and mailing address

SolutionReach

2912 Executive Parkway, Suite #300
Lehi, UT 84043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number   3  5  8  4

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,020.05

---

**3.64** Nonpriority creditor's name and mailing address

SteriCycle

4010 Commercial Avenue
Northbrook, IL 60062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number   1  8  6  3

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,529.36

---

**3.65** Nonpriority creditor's name and mailing address

Supply World

11870 Santa Monica Blvd., #106-459
Los Angeles, CA 90025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number   s  t  o  n

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,108.49

---

**3.66** Nonpriority creditor's name and mailing address

The Bryona Advisory Group/Toni Cormier

11805 Chimney Rock Road
Houston, TX 77231

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number   0  6  5  2

Is the claim subject to offset?
☒ No
☐ Yes

$ 71,500.00

---

Debtor _____ Case number *(if known)* 16-33482-H4-H
Dental Plus Management, LLC
    Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.67**    Nonpriority creditor's name and mailing address

The Go Daddy Group, Inc.

14455 N. Hayden Road, Suite 226

Scottsdale, AZ 85260

Date or dates debt was incurred _____

Last 4 digits of account number    .   c   o   m

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 4,026.01

---

**3.68**    Nonpriority creditor's name and mailing address

Tischler Dental Laboratory

43 Basin Road, Suite 11

West Hurley, NY 12491

Date or dates debt was incurred _____

Last 4 digits of account number    M   o   o   n

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 5,241.71

---

**3.69**    Nonpriority creditor's name and mailing address

Unetek

1514 Avenue D

Katy, TX 77493

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.70**    Nonpriority creditor's name and mailing address

Willis J. Pumphrey, Jr. (Robert Burford)

700 Louisiana, Suite 4545

Houston, TX 77002

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: Lawsuit - Nonsuit

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ Unknown

---

**3.71**    Nonpriority creditor's name and mailing address

Wilson Radio Graft

8313 Southwest Freeway, #230

Houston, TX 77074

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 165.00

---

Debtor     Dental Plus Management, LLC                                    Case number *(if known)* 16-33482-H4-H1
           Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | IRS Insolvency II (7,11)<br>1919 Smith Street, Stop 5025HOU<br>Houston, TX 77002 | Line 2.5<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | IRS-U.S. Attorney<br>1000 Louisiana Street, Suite 2300<br>Houston, TX 77002 | Line 2.5<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | IRS-U.S. Attorney General<br>10th & Constitution, N.W.<br>Washington, DC 20530 | Line 2.5<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Texas Comptroller of Public Accounts<br>P.O. Box 149348<br>Austin, TX 78714 | Line 2.13<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Texas Comptroller of Public Accounts<br>111 E. 17th Street<br>Austin, TX 78774 | Line 2.13<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Texas Workforce Commission<br>12455 Beechnut<br>Houston, TX 77072 | Line 2.14<br>☐ Not listed. Explain _____ | 6 7 6 9 |
| 4.7. | Texas Workforce Commission<br>101 E. 15th Street, Rm. 556<br>Austin, TX 78778 | Line 2.14<br>☐ Not listed. Explain _____ | 6 7 6 9 |
| 4.8. | Texas Workforce Commission<br>P.O. Box 149037<br>Austin, TX 78714 | Line 2.14<br>☐ Not listed. Explain _____ | 6 7 6 9 |
| 4.9. | BBVA Compass Bank<br>P.O. Box 2210<br>Decatur, AL 35699 | Line 3.7<br>☐ Not listed. Explain _____ | 1 1 4 4 |
| 4.10. | BBVA Compass Bank/LTD Financial Services<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074 | Line 3.7<br>☐ Not listed. Explain _____ | 1 1 4 4 |
| 4.11. | Cognetic<br>1800 Augusta Drive<br>Houston, TX 77057 | Line 3.16<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | Dani Dental Studio Incorporated (S. Stodghill)<br>1717 St. James Place, Suite 170<br>Houston, TX 77056 | Line 3.19<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | Dental Plus Management, LLC | Case number (if known) 16-33482-H4-11 |
|---|---|---|
| | Name | |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 DENTSPLY Implants/Transworld Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044 | Line 3.25<br>☐ Not listed. Explain _____ | 1 3 1 3 |
| 4.14 Discus Dental, LLC/CRF Solutions<br>2051 Royal Avenue<br>Simi Valley, CA 93065 | Line 3.27<br>☐ Not listed. Explain _____ | 5 9 9 2 |
| 4.15 Gearold White & Lori Johnson (JP Ct, Pct 1, Plc 2)<br>1302 Preston<br>Houston, TX 77002 | Line 3.32<br>☐ Not listed. Explain _____ | |
| 4.16 Global Dental Solutions, LLC<br>8215 Roswell Road, Bldg. 500<br>Atlanta, GA 30350 | Line 3.33<br>☐ Not listed. Explain _____ | a l d j |
| 4.17 Harris County Toll Road Authority<br>Violation - Dept 1, P.O. Box 4440<br>Houston, Texas 77210-4440 | Line 3.36<br>☐ Not listed. Explain _____ | 5 9 3 8 |
| 4.18 HCTRA (John P. Dillman)<br>P.O. Box 3064<br>Houston, TX 77253 | Line 3.36<br>☐ Not listed. Explain _____ | 5 9 3 8 |
| 4.19 Idriss-Mobarak, Inc. dba Mariner Dental Lab.<br>16219 1/2 North Freeway<br>Houston, TX 77090 | Line 3.40<br>☐ Not listed. Explain _____ | — — — — |
| 4.20 iHeartMedia, Inc.<br>200 East Basse Road<br>San Antonio, TX 78209 | Line 3.41<br>☐ Not listed. Explain _____ | 7 9 5 7 |
| 4.21 Neoma M. Harris<br>7417 Hoffman Street<br>Houston, TX 77028 | Line 3.50<br>☐ Not listed. Explain _____ | — — — — |
| 4.22 Nexadental (Williams, et al)<br>5255 North Federal Hwy., Thrid Floor<br>Boca Raton, FL 33487 | Line 3.52<br>☐ Not listed. Explain _____ | 6 8 4 3 |
| 4.23 Patterson Dental Supply, Inc.<br>1031 Mendota Heights<br>St. Paul, MN 55120 | Line 3.53<br>☐ Not listed. Explain _____ | — — — — |
| 4.24 Patterson Dental Supply, Inc. (Michael Stein)<br>1113 Vine Street, Suite 217<br>Houston, TX 77002 | Line 3.53<br>☐ Not listed. Explain _____ | — — — — |
| 4.25 Quill Healthcare/RMS<br>P.O. Box 509<br>Richfield, OH 44286 | Line 3.55<br>☐ Not listed. Explain _____ | 0 7 Q C |
| 4.26 Safco Dental Supply/C2C Resources, LLC<br>56 Perimeter Center East, Suite 100<br>Atlanta, GA 30346 | Line 3.59<br>☐ Not listed. Explain _____ | — — — — |

Debtor ___Dental Plus Management, LLC_____  Case number (if known) __16-33482-H4-11__
    Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.27 Shirley Taylor<br>8743 Ashlawn Drive<br>Houston, TX 77083 | Line 3.61<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.28 SolutionReach/ADK<br>1201 Sussex Turnpike<br>Randolph, NJ 07869 | Line 3.63<br>❑ Not listed. Explain _____ | 3 5 8 4 |
| 4.29 SteriCycle/A.R.M. Solutions, Inc.<br>P.O. Box 2929<br>Camarillo, CA 93011 | Line 3.64<br>❑ Not listed. Explain _____ | 1 8 6 3 |
| 4.30 The Bryona Advisory Group/Toni Cormier<br>P.O. Box 310652<br>Houston, TX 77231 | Line 3.66<br>❑ Not listed. Explain _____ | 0 6 5 2 |
| 4.31 | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.32 | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.33 | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.34 | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.35 | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.36 | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.37 | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.38 | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.39 | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.40 | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |

| Debtor | Dental Plus Management, LLC | Case number *(if known)* 16-33482-H4-11 |
|---|---|---|
| | Name | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 227,715.83 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 891,272.10 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,118,987.93 |

**Fill in this information to identify the case:**

Debtor name __Dental Plus Management, LLC__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): __16-33482-H4-11__          Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Business space lease | Hartman Income REIT, Inc. |
| | | | 2909 Hillcroft Ave., Suite 420 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX          77057 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease of SAVIN copier machine - REJECTING LEASE | Time Payment Corp |
| | | | 16 N.E. Executive Park, #200 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Burlington          TX          01803 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   Dental Plus Management, LLC

United States Bankruptcy Court for the:  Southern District of Texas

Case number (If known):   16-33482-H4-11

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Ronald J. Moon, DDS | 3100 Timmons Lane, Suite 260 — Street<br>Houston  TX  77027 — City / State / ZIP Code | Yellowstone Capital, LLC (Vadem Serebro)<br><br>See Attachment 1 | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 | Robert J. Moon, DDS | 3100 Timmons Lane, Suite 260 — Street<br>Houston  TX  77027 — City / State / ZIP Code | Hartman Income REIT, Inc. | ☐ D<br>☐ E/F<br>☒ G |
| 2.3 | Ronald J. Moon, DDS | 3100 Timmons Lane, Suite 260 — Street<br>Houston  TX  77027 — City / State / ZIP Code | Time Payment Corp | ☐ D<br>☐ E/F<br>☒ G |
| 2.4 | | Street<br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Attachment 1/2
Debtor: Dental Plus Management, LLC      Case No: 16-33482-H4-11

Attachment 1

Americorp Financial, LLC, Schedule D
Stearns Bank, N.A., Schedule D
Hartman Income REIT, Inc., Schedule D
Time Payment Corp, Schedule D
Cynthia K. Rowland fka Cynthia Salczenko, Schedule E/F
Ace Check Cashing, Schedule E/F
Advantage Office Products, Schedule E/F
Altus GTS, Inc./Natl. Dentex Corp., Schedule E/F
American Business Machines, Inc., Schedule E/F
AMSIA Medical, Inc. dba AMI Dental (Susan Taylor), Schedule E/F
Barron & Newburger, P.C., Schedule E/F
BBVA Compass Bank, Schedule E/F
Benco Dental, Schedule E/F
BioHorizons Implant Systems, Inc., Schedule E/F
Broadview, Schedule E/F
Caladent Laboratory, Schedule E/F
Capital Growth Management Consultants, LLC/Robert Prokos, Schedule E/F
Classic Craft, Schedule E/F
C. L. Washington, Schedule E/F
Code Intelligence Associates, Schedule E/F
Cognetic, Schedule E/F
Crest Oral-B/P&G Oral Health, Schedule E/F
Cumulus Media, Inc. (James Hull), Schedule E/F
Dani Dental Studio Incorporated (A. Holcomb), Schedule E/F
DDS Lab, Schedule E/F
Deborah H. Sprott (E. Turner), Schedule E/F
De Lage Landen Fin Svcs dba Prohealth Cap (M. Ridulfo), Schedule E/F
Dental Cosmetic Lab (Habibi), Schedule E/F
Dental Fix RX, Schedule E/F
DENTSPLY Implants, Schedule E/F
Diego Rodrigo Torres dba Master Dental Arts, Schedule E/F
Discus Dental, LLC, Schedule E/F
Edward Williams (Mark Aschermann), Schedule E/F
Engelhardt Law, PLLC, Schedule E/F
First National Bank of Omaha, Schedule E/F
G & H Wire Company, Schedule E/F
Gearold White & Lori Johnson, Schedule E/F
Global Dental Solutions, LLC (J. Forman), Schedule E/F
HCTRA (Linebarger), Schedule E/F
Health First/HF Acquisition CO, LLC, Schedule E/F
Henry Schein (Jon Totz), Schedule E/F
HIOssen, Schedule E/F

Attachment 2/2
Debtor: Dental Plus Management, LLC        Case No: 16-33482-H4-11

H. W. Brueggen, DDS, Inc. (Frank Svetlik), Schedule E/F
H W Brueggen, DDS, Inc. (Frank Svetlik), Schedule E/F
Idriss-Mobarak, Inc. dba Mariner Dental Lab. (M. Weinberg), Schedule E/F
iHeartMedia, Inc. (Greenberg, Grant), Schedule E/F
ISCO II - Isaac Smith, Schedule E/F
Larisa Pratcher, Schedule E/F
Lending Club, Schedule E/F
Logix, Schedule E/F
Magic 102.1, Schedule E/F
Master Dental Arts, Schedule E/F
MedPro Disposal Waste, Schedule E/F
Midwest Dental, Schedule E/F
Neoma M. Harris (S. A. Randle, Jr.), Schedule E/F
New Pars Dental Lab, Schedule E/F
Nexadental, Schedule E/F
Patterson Dental Supply, Inc. (Jon Totz), Schedule E/F
Paychex Business Solutions, Schedule E/F
Quill Healthcare, Schedule E/F
Quill Healthcare, Schedule E/F
Radiological Systems, Inc., Schedule E/F
Rahim Habibi, Schedule E/F
Safco Dental Supply, Schedule E/F
Safeco Insurance/Rollow Insurance Group, Inc., Schedule E/F
Shirley Taylor (Michael Miner), Schedule E/F
Smith & Dean, Inc., Schedule E/F
SolutionReach, Schedule E/F
SteriCycle, Schedule E/F
Supply World, Schedule E/F
The Bryona Advisory Group/Toni Cormier, Schedule E/F
The Go Daddy Group, Inc., Schedule E/F
Tischler Dental Laboratory, Schedule E/F
Unetek, Schedule E/F
Willis J. Pumphrey, Jr. (Robert Burford), Schedule E/F
Wilson Radio Graft, Schedule E/F

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name   Dental Plus Management, LLC

United States Bankruptcy Court for the:   Southern District Of Texas

Case number (*If known*):   16-33482-H4-11

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/20/2016          ✖ s/Ronald J. Moon
              MM / DD / YYYY               Signature of individual signing on behalf of debtor

                                           Ronald J. Moon
                                           Printed name

                                           Managing Member
                                           Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:

Dental Plus Management, LLC,

Debtor

Case No.    16-33482-H4-11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Ronald J. Moon, DDS<br>3100 Timmons Lane, Suite 260<br>Houston, TX 77027 | Common | 100% | Member |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I,  Ronald J. Moon, DDS, Sole Member  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date:   July 20, 2016

Signature:   s/Ronald J. Moon
Printed Name:   Ronald J. Moon, DDS
Title:   Sole Member

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

| Fill in this information to identify the case: |
| --- |

Debtor name __Dental Plus Management, LLC__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): __16-33482-H4-11__

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From __01/01/2016__<br>MM / DD / YYYY | to | Filing date | ☒ Operating a business<br>☐ Other _____ | $ 211,715.28 |
| **For prior year:** | From __01/01/2015__<br>MM / DD / YYYY | to | __12/31/2015__<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,774,483.01 |
| **For the year before that:** | From __01/01/2014__<br>MM / DD / YYYY | to | __12/31/2014__<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ Unknown |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor  Dental Plus Management, LLC
     Name

Case number (if known) 16-33482-H4-11

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | *Check all that apply* |
| 3.1. | _____ | _____ | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | _____ | _____ | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | _____ | | | ☐ Other _____ |
| | City          State     ZIP Code | _____ | | |
| 3.2. | _____ | _____ | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | _____ | _____ | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | _____ | | | ☐ Other _____ |
| | City          State     ZIP Code | _____ | | |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ | _____ | $_____ | _____ |
| | Insider's name | | | |
| | _____ | _____ | | _____ |
| | Street | | | |
| | _____ | _____ | | _____ |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | _____ | _____ | $_____ | _____ |
| | Insider's name | | | |
| | _____ | _____ | | _____ |
| | Street | | | |
| | _____ | _____ | | _____ |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Debtor | Dental Plus Management, LLC | Case number *(if known)* 16-33482-H4-11 |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Henry Schein v Ronald Moon, et al | Lawsuit-Dismissed by Plaintiff | Justice Court, Precinct 1, Position 2 | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Harris County, Texas | ☒ Concluded |
| | CV12C0147851 | | Street | |
| | | | Plaintiff attys Totz Ellison & Totz | |
| | | | City          State          ZIP Code | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☒ Pending |
| | D. Sprott v. R. J. Moon DDS PC... | Lawsuit - Active | Justice Court | ☐ On appeal |
| | | | Name | ☐ Concluded |
| | **Case number** | | Precinct 1, Place 2 | |
| | CV12C0140530 | | Street | |
| | | | Harris County, Texas | |
| | | | City          State          ZIP Code   See Attachment 1 | |

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **3**

| | | |
|---|---|---|
| Debtor | Dental Plus Management, LLC | Case number (if known) 16-33482-H4-11 |
| | Name | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | Name |
| | **Case number** | Street |
| City          State      ZIP Code | | City          State        ZIP Code |
| | **Date of order or assignment** | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

---

| Debtor | Dental Plus Management, LLC | Case number *(if known)* 16-33482-H4-11 |
|---|---|---|
| | Name | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Margaret M. McClure | 4/15/16: $5,000 by Timothy & Dorothy Moon & | | $ 20,000.00 |
| | **Address** | $5,000 by Terri Allen | | |
| | Attorney at Law | | | |
| | Street | | | |
| | 909 Fannin, Suite 3810 | | | |
| | Houston            TX        77010 | | | |
| | City               State      ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | 3/23/16: $5,000 & $5,000 by Ronald Moon | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | Street | | | |
| | _____ | | | |
| | City               State      ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | _____ | | |

Debtor    Dental Plus Management, LLC
          _____          Case number (if known) 16-33482-H4-11
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Joseph Farn's - Practice Partnership | Funds | 6/14-7/15 | $56,971.20 |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City            State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Administrator/Consultant | | | |

| | Who received transfer? | | | $_____ |
|---|---|---|---|---|
| 13.2. | _____ | | | |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City            State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 4126 S.W. Freeway, Suite 1610 Street (12/2010 - 03/2015) Houston          TX          77027 City            State        ZIP Code | From _____  To _____ |
| 14.2. | _____ Street _____ _____ City            State        ZIP Code | From _____  To _____ |

| Debtor | Dental Plus Management, LLC | Case number (*if known*) 16-33482-H4-11 |
|---|---|---|
| | Name | |

## Part 8:   Healthcare Bankruptcies

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | _____<br>_____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City          State          ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | _____<br>_____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City          State          ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor   Dental Plus Management, LLC
_____
Name

Case number (*if known*) 16-33482-H4-11

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Green Bank <br> Name <br> (Closed with zero balance) <br> Street <br><br> Houston          TX <br> City      State      ZIP Code | XXXX– 5  6  2  0 | ☒ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 7/6/2016 | $ 0.00 |
| 18.2. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City      State      ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City      State      ZIP Code | _____ <br> _____ <br><br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City      State      ZIP Code | _____ <br> _____ <br><br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

---

| Debtor | Dental Plus Management, LLC | Case number (if known) 16-33482-H4-11 |
|---|---|---|
| | Name | |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

---

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| | _____ | | ☐ Concluded |
| _____ | Street | | |
| | _____ | | |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Dental Plus Management, LLC | Texas Dept. of State Health Services | Texas Radiation Act, Chapter 401 | 11/2015 |
| Name | Name | | |
| 3100 Timmons Lane, Suite 260 | P.O. Box 149347 | Texas Health & Safety Code Act, | |
| Street | Street | 25TAC 289.101 | |
| Houston          TX          77027 | Austin          TX          78714 | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Debtor | Dental Plus Management, LLC | Case number *(if known)* | 16-33482-H4-11 |
|---|---|---|---|
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City        State      ZIP Code | _____ City        State      ZIP Code | | |

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | Dental Plus Management, LLC <br> Name <br> 3100 Timmons Lane, Suite 260 <br> Street <br> _____ <br> Houston        TX        77027 <br> City        State      ZIP Code | Dental - fka Ronald J. Moon, DDS PC - See below <br> _____ | EIN:  4 7 – 5 1 0 0 8 9 1 <br> **Dates business existed** <br> From  12/4/12    To  _____ |
| 25.2. | fka Ronald J. Moon, DDS PC <br> Name <br> 3100 Timmons Lane, Suite 260 <br> Street <br> _____ <br> Houston        TX        77027 <br> City        State      ZIP Code | Dental - dba Dental Cosmetic Center of Texas & dba Dental Cosmetic Center of Houston; & aka Moon Cosmetic Dentistry | EIN:  8 6 – 0 9 6 9 1 4 1 <br> **Dates business existed** <br> From  12/4/12    To  _____ |
| 25.3. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City        State      ZIP Code | _____ <br> _____ <br> _____ | EIN: __ __ – __ __ __ __ __ __ __ <br> **Dates business existed** <br> From  _____    To  _____ |

---

| Debtor | Dental Plus Management, LLC | Case number (if known) | 16-33482-H4-11 |
|---|---|---|---|
| | Name | | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** John F. Coggin, C.P.A., PLLC <br> Name <br> 1200 Smith, Suite 1600 <br> Street <br> (4/2016 - Present) <br> Houston     TX     77002 <br> City     State     ZIP Code | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| **26a.2.** _____ <br> Name <br> _____ <br> Street <br> _____ <br> City     State     ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** _____ <br> Name <br> _____ <br> Street <br> _____ <br> City     State     ZIP Code | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| **26b.2.** _____ <br> Name <br> _____ <br> Street <br> _____ <br> City     State     ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Ronal J. Moon, DDS <br> Name <br> 3100 Timmons Lane, Suite 260 <br> Street <br> Houston     TX     77027 <br> City     State     ZIP Code | _____ <br> _____ <br> _____ |

---

Debtor    Dental Plus Management, LLC
_____          Case number (*if known*)_16-33482-H4-11
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | _____ |
| Street | _____ |
| | _____ |
| City                    State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| |
| City                    State          ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| |
| City                    State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| |
| City                    State          ZIP Code |

Debtor   Dental Plus Management, LLC
         _____
         Name

Case number (if known) 16-33482-H4-11
                       _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
_____
Name

_____
Street

_____
City                              State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ronald J. Moon, DDS | 3100 Timmons, #260, Houston, TX 77027 | - Managing Member - | 100 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Ronald J. Moon, DDS<br>Name<br>3100 Timmons Lane, Suite 260<br>Street<br>Houston          TX     77027<br>City          State   ZIP Code<br>Relationship to debtor<br>Managing Member | $120,000.00 | Previous 12<br><br>months<br>_____<br>_____<br>_____ | _____ |

Debtor    Dental Plus Management, LLC
          _____          Case number (if known) 16-33482-H4-11
          Name

| Name and address of recipient | | | |
|---|---|---|---|
| | _____ | _____ | _____ |
| Name | | _____ | |
| Street | | _____ | |
| City                            State        ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/20/2016
              MM  / DD  / YYYY

✖ s/Ronald J. Moon                                    Printed name   Ronald J. Moon
_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

Attachment 1/3
Debtor: Dental Plus Management, LLC        Case No: 16-33482-H4-11

Attachment 1

> Case Title: G. White & L. Johnson v. Dental Cosmetics Center of Houston
> Case Number: CV12C0144755
> Nature of Case: Lawsuit
> Court or Agency's Name - Justice Court, Pct. 1, Plc. 2, Harris County, TX
> Status of Case: Pending
>
> Case Title: Edward Williams v. Ronald J. Moon, et al
> Case Number: CV71C0071589
> Nature of Case: Lawsuit - Judgment
> Court or Agency's Name - Justice Court, Pct. 7, Plc. 1, Harris County, TX
> Status of Case: Concluded
>
> Case Title: Cumulus Media, Inc. v. Ronald J. Moon DDS PC
> Case Number: 1057296
> Nature of Case: Lawsuit - Default Judgment
> Court or Agency's Name - County Civil Court at Law No. 1, Harris County, TX
> Status of Case: Concluded
>
> Case Title: Dani Dental Studio Incorporated v. Ronald & Pamela Moon
> Case Number: CV2008-030437 in AZ & 940180/897545 in TX
> Nature of Case: Lawsuit - Foreign Default Judgment
> Court or Agency's Name - Superior Court of Arizona, Maricopa County/County Civil
> Court at Law No. 3, Harris County, TX
> Status of Case: Concluded
>
> Case Title: Patterson Dental Supply, Inc. v. Ronald Moon, DDS
> Case Number: 956,939
> Nature of Case: Lawsuit - Judgment
> Court or Agency's Name - County Court at Law No. 1, Harris County, TX
> Status of Case: Concluded
>
> Case Title: AMSIA Medical, Inc. dba AMI Dental v. Ronald J. Moon
> Case Number: 1044785
> Nature of Case: Lawsuit - Dismissed
> Court or Agency's Name - County Court at Law No. 3, Harris County, TX
> Status of Case: Concluded
>
> Case Title: Engelhardt Law, PLLC v. Ronald Moon, et al
> Case Number: 1059289
> Nature of Case: Lawsuit - Judgment
> Court or Agency's Name - County Civil Court at Law No. 2
> Status of Case: Concluded

Attachment 2/3

Debtor: Dental Plus Management, LLC        Case No: 16-33482-H4-11

Case Title: Neoma M. Harris v. Ronald J. Moon, D.D.S.
Case Number: 2015-38169
Nature of Case: Lawsuit - Judgment
Court or Agency's Name - 151st Judicial District Court, Harris County, TX
Status of Case: Pending

Case Title: Idriss-Mobarak, Inc. dba Mariner Dental Lab. v. Ronald J. Moon, DDS
Case Number: 2015-01851
Nature of Case: Lawsuit - Judgment
Court or Agency's Name - 113th Judicial District, Harris County, TX
Status of Case: Concluded

Case Title: H. W. Brueggen, DDS, Inc. v. Ronald J. Moon, Joe Farris
Case Number: 2014-71672
Nature of Case: Lawsuit - Nonsuit
Court or Agency's Name - 234th Judicial District, Harris County, TX
Status of Case: Concluded

Case Title: H W Brueggen, DDS, Inc. v. Ronald J. Moon, Robert Johnson
Case Number: 2014-69155
Nature of Case: Lawsuit - Nonsuit
Court or Agency's Name - 234th Judicial District Court, Harris County, TX
Status of Case: Concluded

Case Title: Diego Rodrigo Torres dba Master Dental Arts v. Ronald J. Moon, et al
Case Number: 2014-35864
Nature of Case: Lawsuit - Dismissed
Court or Agency's Name - 129th Judicial District Court, Harris County, TX
Status of Case: Concluded

Case Title: Willis J. Pumphrey, Jr. v. Ronald J. Moon, ClearCorrect, Inc.
Case Number: 2014-20296
Nature of Case: Lawsuit - Nonsuit
Court or Agency's Name - 334th Judicial District Court, Harris County, TX
Status of Case: Concluded

Case Title: De Lage Landen Fin Svcs dba Prohealth Cap v. W. Pumphrey, et al
Case Number: 2014-14905
Nature of Case: Lawsuit - Nonsuit
Court or Agency's Name 269th Judicial District Court, Harris County, TX
Status of Case: Concluded

Case Title: Yellowstone Capital, LLC v. Ronald J. Moon, DDS
Case Number: 68837/2015

Attachment 3/3
Debtor: Dental Plus Management, LLC          Case No: 16-33482-H4-11

Nature of Case: Lawsuit
Court or Agency's Name - Supreme Court of the State of New York
Status of Case: Pending

Case Title: Texas Workforce Commission v. Ronald J. Moon, DDS PC
Case Number: 50-059302-4
Nature of Case: Deliquency/Freeze
Court or Agency's Name Texas Workforce Commission, Austin, Texas
Status of Case: Pending

Case Title: Larisa Pratcher v. Ronald J. Moon, DDS
Case Number: Unknown
Nature of Case: Lawsuit
Court or Agency's Name Unknown
Status of Case: Pending

Case Title: Shirley Taylor v. Ronald J. Moon, DDS, et al
Case Number: 2261622
Nature of Case: Lawsuit
Court or Agency's Name Unknown
Status of Case: Pending

Case Title: Global Dental Solutions, LLC v. Ronal J. Moon, DDS, et al
Case Number: 14MS012992
Nature of Case: Lawsuit - Default Judgment
Court or Agency's Name Magistrate Court of Fulton County, State of Georgia
Status of Case: Concluded

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**In re**

   **Dental Plus Management, LLC**

                                              Case No. **16-33482-H4-11**

**Debtor**                                    Chapter **11**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **20,000.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ **20,000.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☒ Other (specify)  **3/23/16: $5,000 & $5,000 by Ronald Moon; and below**

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

        **4/15/16: $5,000 paid by Timothy & Dorothy Moon & $5,000 paid by Terri Allen**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

| CERTIFICATION |
|---|
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**July 20, 2016**
*Date*

**s/Margaret M. McClure**
*Signature of Attorney*

**Law Office of Margaret M. McClure**
*Name of law firm*

Dental Plus Management, LLC
3100 Timmons Lane, Suite 260
Houston, TX 77027


Ace Check Cashing
1231 Greenway Drive, Suite 600
Irving, TX 75038


Advantage Office Products
5722 Bingle Road, Suite B
Houston, TX 77092


Altus GTS, Inc./Natl. Dentex Corp.
P.O. Box 1389
Kenner, LA 70063


American Business Machines, Inc.
7303 W. Sam Houston Pkwy. N.
Houston, TX 77040


Americorp Financial, LLC
877 S. Adams Road
Birmingham, MI 48009


Americorp Financial, LLC/CSC
2727 Allen Parkway, Suite 100
Houston, TX 77019


AMSIA Medical, Inc. dba AMI Dental (Susan Taylor)
3 Riverway, Suite 1800
Houston, TX 77056


Ariana Briones
506 Hollyvale Road
Houston, TX 768

Ashley Jacob
2630 Tanglewilde St., Apt. 386
Houston, TX 77063


Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701


BBVA Compass Bank
P.O. Box 10566
Birmingham, AL 35296


BBVA Compass Bank
P.O. Box 2210
Decatur, AL 35699


BBVA Compass Bank/LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


Benco Dental
P.O. Box 491
Pittston, PA 18640


BioHorizons Implant Systems, Inc.
P.O. Box 121237, Dept. 1237
Dallas, TX 75312


Broadview
901 E. 8th Ave., Suite 206
King of Prussia, PA 19406


C. L. Washington
P.O. Box 38784
Houston, TX 77238

Caladent Laboratory
530 1/2 W. Glenoaks Blvd.
Glendale, CA 91202


Capital Growth Management Consultants, LLC/Robert
8550 Easton Commons, #7005
Houston, TX 77095


Chasity Gillum
3360 Alice Street, #115
Houston, TX 77021


Classic Craft
8105 Cheatham Court
McKinney, TX 75071


Code Intelligence Associates
12607 Miriam
Houston, TX 77071


Cognetic
5704 Val Verde Street, Suite 4
Houston, TX 77057


Cognetic
1800 Augusta Drive
Houston, TX 77057


Crest Oral-B/P&G Oral Health
24808 Network Place
Chicago, IL 60673


Cumulus Media, Inc. (James Hull)
6200 Savoy, Suite 440
Houston, TX 77036

Cynthia K. Rowland fka Cynthia Salczenko
10730 Plainfield Street
Houston, TX 77031


Dani Dental Studio Incorporated (A. Holcomb)
1334 E. Chandler Blvd., Suite 5, PMB
Phoenix, AZ 85048


Dani Dental Studio Incorporated (S. Stodghill)
1717 St. James Place, Suite 170
Houston, TX 77056


DDS Lab
P.O. Box 919436
Orlando, FL 32891


De Lage Landen Fin Svcs dba Prohealth Cap (M. Ric
919 Milam Street, Suite 2200
Houston, TX 77002


Deborah H. Sprott (E. Turner)
440 Louisiana, Suite 900
Houston, TX 77002


Dental Cosmetic Lab (Habibi)
3122 Shawnee Drive
Sugar Land, TX 77479


Dental Fix RX
10130 Adobe Drive
Houston, TX 77095


DENTSPLY Implants
590 Lincoln Street
Waltham, MA 02451

DENTSPLY Implants/Transworld Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Diego Rodrigo Torres dba Master Dental Arts
12715 Ashford Creek Drive
Houston, TX 77082


Discus Dental, LLC
8550 Higuera Street
Culver City, CA 90232


Discus Dental, LLC/CRF Solutions
2051 Royal Avenue
Simi Valley, CA 93065


Edward Williams (Mark Aschermann)
6300 West Loop S., Suite 341
Bellaire, TX 77401


Engelhardt Law, PLLC
4544 Post Oak Place Dr., Suite 270
Houston, TX 77027


First National Bank of Omaha
1700 Jay Ell Drive, Suite 200
Richardson, TX 75081


G & H Wire Company
2165 Earlywood Drive
Franklin, IN 46131


Gearold White & Lori Johnson
6518 Rice Rd.
Pearland, TX 77581

Gearold White & Lori Johnson (JP Ct, Pct 1, Plc 2
1302 Preston
Houston, TX 77002


Global Dental Solutions, LLC
8215 Roswell Road, Bldg. 500
Atlanta, GA 30350


Global Dental Solutions, LLC (J. Forman)
8215 Roswell Road, Bldg. 800
Atlanta, GA 30350


H W Brueggen, DDS, Inc. (Frank Svetlik)
One Riverway, Suite 1700
Houston, TX 77056


H. W. Brueggen, DDS, Inc. (Frank Svetlik)
One Riverway, Suite 1700
Houston, TX 77056


Harris County Toll Road Authority
Violation - Dept 1, P.O. Box 4440
Houston, TX 77210-4440


Harris County, et al
1001 Preston, Suite 100
Houston, TX 77002


Harris County, et al
P.O. Box 4576
Houston, TX 77210


Harris County, et al
4828 Loop Central Dr., Suite 600
Houston, TX 77081

Harris County, et al (John Dillman)
P.O. Box 3064
Houston, TX 77253


Hartman Income REIT, Inc.
2909 Hillcroft Ave., Suite 420
Houston, TX 77057


Hartman Income REIT, Inc.
P.O. Box 571017
Houston, TX 77257


HCTRA (John P. Dillman)
P.O. Box 3064
Houston, TX 77253


HCTRA (Linebarger)
4828 Loop Central Drive, #500
Houston, TX 77081


Health First/HF Acquisition CO, LLC
Dept. CH 14330
Palatine, IL 60055


Henry Schein (Jon Totz)
2211 Norfolk, Suite 510
Houston, TX 77098


HIOssen
1957 Pioneer Road, Bldg. D
Huntington Valley, PA 19006


Idriss-Mobarak, Inc. dba Mariner Dental Lab.
16219 1/2 North Freeway
Houston, TX 77090

Idriss-Mobarak, Inc. dba Mariner Dental Lab. (M.
819 Hogan Street
Houston, TX 77009


iHeartMedia, Inc.
200 East Basse Road
San Antonio, TX 78209


iHeartMedia, Inc. (Greenberg, Grant)
5858 Westheimer Road, Suite 500
Houston, TX 77057


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


IRS Insolvency II (7,11)
1919 Smith Street, Stop 5025HOU
Houston, TX 77002


IRS-U.S. Attorney
1000 Louisiana Street, Suite 2300
Houston, TX 77002


IRS-U.S. Attorney General
10th & Constitution, N.W.
Washington, DC 20530


ISCO II - Isaac Smith

Long Beach, CA 90805


Jamie Prado/TWC/Ofc of Atty Gen
P.O. Box 12548
Austin, TX 78711

Larisa Pratcher
1727 Thornhollow Drive
Houston, TX 77014


Lending Club
1700 West Park Drive, Suite 310
Westborough, MA 01581


Logix
P.O. Box 3608
Houston, TX 77253


Lunye Collins
9403 Jowett Place
Sugar Land, TX 77498


Magic 102.1
P.O. Box 847339
Dallas, TX 75284


Master Dental Arts
12715 Ashford Creek Drive
Houston, TX 77082


MedPro Disposal Waste
1548 Bond Street, #106
Naperville, IL 60563


Midwest Dental
P.O. Box 4802
Wichita Falls, TX 76308


Neoma M. Harris
7417 Hoffman Street
Houston, TX 77028

Neoma M. Harris (S. A. Randle, Jr.)
5177 Richmond Ave., Suite 635
Houston, TX 77056


New Pars Dental Lab
6732 Highway 6 South
Houston, TX 77083


Nexadental
8831 South 117th Street
LaVista, NE 68128


Nexadental (Williams, et al)
5255 North Federal Hwy., Thrid Floor
Boca Raton, FL 33487


Onica Moon
6227 McKinstry
Houston, TX 77085


Patterson Dental Supply, Inc.
1031 Mendota Heights
St. Paul, MN 55120


Patterson Dental Supply, Inc. (Jon Totz)
2211 Norfolk, Suite 510
Houston, TX 77098


Patterson Dental Supply, Inc. (Michael Stein)
1113 Vine Street, Suite 217
Houston, TX 77002


Paychex Business Solutions
970 Lake Carillon Drive, Suite 400
St. Petersburg, FL 33715

Quill Healthcare
P.O. Box 37600
Philadelphia, PA 19101


Quill Healthcare/RMS
P.O. Box 509
Richfield, OH 44286


Radiological Systems, Inc.
P.O. Box 871
Richmond, TX 77406


Rahim Habibi
3515 Cabin Place
Sugar Land, TX 77479


Rita Broussard
18303 Sabletree Drive
Houston, TX 77084


Robert J. Moon, DDS
3100 Timmons Lane, Suite 260
Houston, TX 77027


Ronald J. Moon, DDS
3100 Timmons Lane, Suite 260
Houston, TX 77027


Safco Dental Supply
1111 Corporate Grove Drive
Buffalo Grove, IL 60089


Safco Dental Supply/C2C Resources, LLC
56 Perimeter Center East, Suite 100
Atlanta, GA 30346

Safeco Insurance/Rollow Insurance Group, Inc.
3091 University Drive E., Suite 310
Bryan, TX 77802


Sherry Tillis
13318 Raven Roose Drive
Cypress, TX 77429


Shirley Taylor
8743 Ashlawn Drive
Houston, TX 77083


Shirley Taylor (Michael Miner)
3650 Lovell Avenue
Fort Worth, TX 76107


Smith & Dean, Inc.
11511 Katy Freeway, Suite 430
Houston, TX 77079


SolutionReach
2912 Executive Parkway, Suite #300
Lehi, UT 84043


SolutionReach/ADK
1201 Sussex Turnpike
Randolph, NJ 07869


Stearns Bank, N.A.
500 13th Street
Albany, MN 56307


Stearns Bank, N.A./CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

SteriCycle
4010 Commercial Avenue
Northbrook, IL 60062


SteriCycle/A.R.M. Solutions, Inc.
P.O. Box 2929
Camarillo, CA 93011


Suhayeb Fayad
3500 Woodchase Drive, #1301
Houston, TX 77043


Supply World
11870 Santa Monica Blvd., #106-459
Los Angeles, CA 90025


Taylor Jacobs
6515 Paso Del Sol
Houston, TX 77083


Texas Comptroller (Ofc. of the Attorney General)
P.O. Box 12548
Austin, TX 78711


Texas Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774


Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714


Texas Workforce Commission
P.O. Box 149037
Austin, TX 78714

Texas Workforce Commission
12455 Beechnut
Houston, TX 77072


Texas Workforce Commission
101 E. 15th Street, Rm. 556
Austin, TX 78778


Texas Workforce Commission (Ofc. of the AG)
P.O. Box 12548
Austin, TX 78711


The Bryona Advisory Group/Toni Cormier
11805 Chimney Rock Road
Houston, TX 77231


The Bryona Advisory Group/Toni Cormier
P.O. Box 310652
Houston, TX 77231


The Go Daddy Group, Inc.
14455 N. Hayden Road, Suite 226
Scottsdale, AZ 85260


Time Payment Corp
16 N.E. Executive Park, #200
Burlington, MA 01803


Time Payment Corp
16 N.E. Executive Park, #200
Burlington, TX 01803


Tischler Dental Laboratory
43 Basin Road, Suite 11
West Hurley, NY 12491

Unetek
1514 Avenue D
Katy, TX 77493


Victor Fuentes
240 El Dorado Blvd., #608
Webster, TX 77598


Willis J. Pumphrey, Jr. (Robert Burford)
700 Louisiana, Suite 4545
Houston, TX 77002


Wilson Radio Graft
8313 Southwest  Freeway, #230
Houston, TX 77074


Yellowstone Capital, LLC
17 State Street, Suite 4000
New York, NY 10004


Yellowstone Capital, LLC
160 Pearl Street, 5th Floor
New York, NY 77027


Yellowstone Capital, LLC (Vadem Serebro)
P.O. Box 1511 Wall Street Station
New York, NY 10268


Yellowstone Capital, LLC (Vadem Serebro)
1 Evertrust Plaza, 14th Floor
Jersey City, NJ 07302


Yellowstone Capital, LLC/CSC
P.O. Box 2476
Springfield, IL 62708

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Texas**
**Houston Division**

In re:  **Dental Plus Management, LLC**

Case No. **16-33482-H4-11**

Chapter **11**

Debtors

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **July 20, 2016**

Signed:  **s/Ronald J. Moon**

Dated:

Signed: